UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 07 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>BASAALY SAEED MOALIN, AKA Basal, AKA Muse Shekhnor Roble,<br><br>      Defendant - Appellant. | No. 13-50572<br><br>D.C. No. 3:10-cr-04246-JM-1<br>U.S. District Court for Southern California, San Diego<br><br>**MANDATE** |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>MOHAMED MOHAMED MOHAMUD, AKA Mohamed Khadar, AKA Sheikh Mohamed,<br><br>      Defendant - Appellant. | No. 13-50578<br><br>D.C. No. 3:10-cr-04246-JM-2<br>U.S. District Court for Southern California, San Diego |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff - Appellee,<br><br> v. | No. 13-50580<br><br>D.C. No. 3:10-cr-04246-JM-3<br>U.S. District Court for Southern California, San Diego |

| | |
|---|---|
| ISSA DOREH, AKA Sheikh Issa,<br><br>      Defendant - Appellant. | |
| UNITED STATES OF AMERICA,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>AHMED NASIR TAALIL MOHAMUD,<br><br>      Defendant - Appellant. | No. 14-50051<br><br>D.C. No. 3:10-cr-04246-JM-4<br>U.S. District Court for Southern California, San Diego |

The judgment of this Court, entered September 02, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                        FOR THE COURT:

                                        MOLLY C. DWYER<br>
                                        CLERK OF COURT